UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Socorro Rios

Plaintiff(s),

v.

AT&T Umbrella Benefit Plan No. 1

Defendant(s).
_____/

No. C 08-01000 WDB

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 2/20/2008

_____
Signature

Counsel for   Plaintiff
(Plaintiff, Defendant or indicate "pro se")