1  Michele Ballard Miller (SBN 104198)
     *mbm@millerlawgroup.com*
2  Katherine L. Kettler (SBN 231586)
     *klk@millerlawgroup.com*
3  MILLER LAW GROUP
   A Professional Corporation
4  60 E. Sir Francis Drake Blvd., Ste. 302
   Larkspur, CA 94939
5  Tel. (415) 464-4300
   Fax (415) 464-4336

6  Attorneys for Defendant
7  AT&T UMBRELLA BENEFIT
   PLAN NO. 1

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOCORRO RIOS,<br><br>      Plaintiff,<br><br>v.<br><br>AT&T DISABILITY INCOME PLAN,<br><br>      Defendant. | Case No.: C 08-01000 WDB<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint filed: February 19, 2008 |

Pursuant to N.D. Local CA Rule 6-1(a) the Parties, Plaintiff SOCORRO RIOS (hereinafter "Plaintiff") and Defendant AT&T UMBRELLA BENEFIT PLAN NO. 1 (hereinafter "Defendant"), by and through their undersigned attorneys, hereby stipulate and agree to extend the time within which Defendant will answer or otherwise respond to the complaint up to and including May 2, 2008. This stipulation does not alter any court imposed deadlines.

MILLER LAW GROUP
A Professional Corporation
Larkspur, California

1 | Dated: April 10, 2008     SPRINGER-SULLIVAN & ROBERTS LLP

2

3     By: /s/

4       Cassie Springer-Sullivan
      Attorney for Plaintiff SOCORRO RIOS

5

6 | Dated: April 10, 2008     MILLER LAW GROUP
    A Professional Corporation

7

8

9     By: /s/
      Katherine L. Kettler

10       Attorneys for Defendant AT&T
      UMBRELLA BENEFIT PLAN NO. 1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**
Case No. C 08-01000 WDB

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA