Cassie Springer-Sullivan, State Bar No. 221506
 Email: css@ssrlawgroup.com
Michelle L. Roberts, State Bar No. 239092
 Email: mlr@ssrlawgroup.com
SPRINGER-SULLIVAN & ROBERTS LLP
410 - 12th Street, Suite 325
Oakland, CA 94607
Tel:  510.992.6130
Fax: 510.280.7564

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOCORRO RIOS,<br><br>            Plaintiff,<br><br>    vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO 1.<br><br>            Defendant. | Case No. CV 08-01000 WDB<br><br>**PLAINTIFF'S NOTICE OF CHANGE IN COUNSEL AND REQUEST TO MODIFY E-FILING SERVICE LIST** |

On April 2, 2008, Plaintiff Socorro Rios filed a Notice of Substitution of Counsel wherein she notified the court that the firm of Springer-Sullivan & Roberts LLP is substituted as counsel in place of Lewis, Feinberg, Lee, Renaker & Jackson, P.C. (Docket Entry #4.) Teresa Renaker of Lewis, Feinberg, Lee, Renaker & Jackson, P.C. is no longer counsel for Plaintiff. Plaintiff requests that Ms. Renaker (trenaker@lewisfeinberg.com), and the associated e-mail accounts be removed from the e-filing service list for this matter.

Dated: May 1, 2008                                  Respectfully submitted,

                                                    SPRINGER-SULLIVAN & ROBERTS LLP


                                            By:    _____
                                                    Michelle L. Roberts
                                                    *Attorneys for Plaintiff*