Michele Ballard Miller (SBN 104198)
  *mbm@millerlawgroup.com*
Katherine L. Kettler (SBN 231586)
  *klk@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO RIOS,<br><br>      Plaintiff,<br><br>v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>      Defendant. | Case No.: C 08-01000 WDB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 2, 2008                        MILLER LAW GROUP
                                            A Professional Corporation

                                            By:      /S/
                                               Katherine L. Kettler
                                               Attorneys for Defendant AT&T
                                               UMBRELLA BENEFIT PLAN NO. 1.

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA