UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO RIOS,<br><br>        Plaintiff,<br><br>    v.<br><br>AT&T UMBRELLA BENEFIT<br>PLAN NO. 1,<br><br>        Defendant.<br>_____ / | No.  C 08-1000 WDB<br><br>NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.  The case management conference set for May 29, 2008, at 4:00 p.m. is vacated.

Dated: April 30, 2008                    Richard W. Wieking, Clerk
                                          United States District Court

                                          *Sarah Weinstein*

                                          By:  SarahWeinstein
                                               Law Clerk/Deputy Clerk

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd