Teresa S. Renaker – Cal. Bar No. 187800
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: trenaker@lewisfeinberg.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO RIOS, | Case No. C08-01000 ~~WDB~~ CW |
| Plaintiff, | |
| vs. | |
| AT&T UMBRELLA BENEFIT PLAN NO. 1, | |
| Defendant. | |

**NOTICE OF SUBSTITUTION OF COUNSEL AND [~~PROPOSED~~] ORDER THEREON**

SUBSTITUTION OF COUNSEL [CASE NO. C08-01000 WDB]

Please take notice that effective April 2, 2008, the law firm of Springer-Sullivan & Roberts LLP is substituted as counsel for Plaintiff in this action in place of the law firm of Lewis, Feinberg, Lee, Renaker & Jackson, P.C. Springer-Sullivan & Roberts LLP, is located at 410 - 12th Street, Suite 325, Oakland, CA 94607; phone number: (510) 992-6130; facsimile: (510) 280-7564; e-mail: css@ssrlawgroup.com.

Dated: 4/2/08

Respectfully submitted,

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON P.C.

By: _____
Teresa S. Renaker

SPRINGER-SULLIVAN
& ROBERTS LLP

Dated: 4/2/08

By: _____
Cassie Springer-Sullivan

**I CONSENT TO THE ABOVE SUBSTITUTION.**

Dated: 3/26/08

By: _____
Socorro Rios
Plaintiff

**IT IS SO ORDERED.**

By: _____
~~WAYNE D. BRAZIL~~
~~United States Magistrate Judge~~
CLAUDIA WILKEN
United States District Judge