United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Rios, | 08-01000 CW MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| AT&T Umbrella Benefit Plan No. 1, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**R. Bradford Huss**
Trucker Huss, APC
120 Montgomery St., #2350
San Francisco, CA 94104
415-788-3111
bhuss@truckerhuss.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1     Counsel are reminded that the written mediation statements required by the ADR

2   L.R. 6-7 shall NOT be filed with the court.

3

4   Dated: July 3, 2008

5                                                    RICHARD W. WIEKING
                                                     Clerk
6                                                    by:     Claudia M. Forehand

7   

8                                                    _____
                                                     ADR Case Administrator
9                                                    415-522-2059
                                                     Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
Northern District of California

**Notice of Appointment of Mediator**
08-01000 CW MED                    - 2 -