Cassie Springer-Sullivan, State Bar No. 221506
 Email: css@ssrlawgroup.com
Michelle L. Roberts, State Bar No. 239092
 Email: mlr@ssrlawgroup.com
SPRINGER-SULLIVAN & ROBERTS LLP
410 - 12th Street, Suite 325
Oakland, CA 94607
Tel: 510.992.6130
Fax: 510.280.7564

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOCORRO RIOS, | Case No. CV 08-01000 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES** |
| vs. | |
| AT&T UMBRELLA BENEFIT PLAN NO 1. | **[Civil L.R. 6-1]** |
| Defendant. | |

WHEREAS, on June 12, 2008, the Court ordered an ADR session to be held by August 11, 2008, or as soon thereafter as is convenient to the mediator's schedule;

WHEREAS, on July 3, 2008, the Court notified the parties that R. Bradford Huss was appointed as the mediator;

WHEREAS, counsel for both parties and the mediator held a conference call on July 22, 2008 to discuss mediation scheduling;

WHEREAS, the earliest mutually convenient mediation date for the parties and the mediator is sometime during the last week in October 2008;

WHEREAS, the parties believe that discovery in this matter should be postponed pending the outcome of the mediation;

WHEREAS, the parties agree that the current discovery deadlines would not provide sufficient

time for discovery pending the outcome of mediation, which will occur no later than October 31, 2008;

WHEREAS, the parties will make a good-faith attempt to resolve the case prior to the ADR session with the mediator;

WHEREAS, the parties have not requested any prior extensions relating to case deadlines in this action.

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Socorro Rios and Defendant AT&T Umbrella Benefit Plan No. 1, through their respective attorneys of record, that certain case deadlines be extended by approximately ten weeks, as follows:

| | | |
|---|---|---|
| 1. | ADR session to be held by: | October 31, 2008 |
| 2. | Completion of Fact Discovery: | December 19, 2008 |
| 3. | Disclosure of Identities and Reports of Expert Witnesses: | November 19, 2008 |
| 4. | Completion of Expert Discovery: | December 19, 2008 |

All other case deadlines shall remain unchanged.

Dated: July 25, 2008                                SPRINGER-SULLIVAN & ROBERTS LLP

By:     /s/Michelle Roberts
        Michelle L. Roberts
        *Attorneys for Plaintiff*

Dated: July 25, 2008                                MILLER LAW GROUP

By:     /s/Katherine Kettler
        Katherine Kettler
        *Attorneys for Defendant*

IT IS SO ORDERED.

Date: _____                           _____
                                                    Claudia Wilken
                                                    UNITED STATES DISTRICT JUDGE