1   Cassie Springer-Sullivan, State Bar No. 221506
     Email: css@ssrlawgroup.com
2   Michelle L. Roberts, State Bar No. 239092
     Email: mlr@ssrlawgroup.com
3   SPRINGER-SULLIVAN & ROBERTS LLP
    410 - 12th Street, Suite 325
4   Oakland, CA 94607
    Tel: 510.992.6130
5   Fax: 510.280.7564

6   *Attorneys for Plaintiff*

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      OAKLAND DIVISION

11  SOCORRO RIOS,                        )  Case No. CV 08-01000 CW
                                         )
12                      Plaintiff,       )  **STIPULATION AND ORDER**
           vs.                           )  **EXTENDING CASE DEADLINES**
13                                       )
                                         )
14  AT&T UMBRELLA BENEFIT PLAN NO. 1.    )  **[Civil L.R. 6-1]**
                                         )
15                      Defendant.       )
                                         )
16                                       )
                                         )
17  _____   )

18  WHEREAS, on June 12, 2008, the Court ordered an ADR session to be held by August 11, 2008,

19  or as soon thereafter as is convenient to the mediator's schedule;

20  WHEREAS, on July 3, 2008, the Court notified the parties that R. Bradford Huss was appointed

21  as the mediator;

22  WHEREAS, counsel for both parties and the mediator held a conference call on July 22, 2008 to

23  discuss mediation scheduling;

24  WHEREAS, the earliest mutually convenient mediation date for the parties and the mediator is

25  sometime during the last week in October 2008;

26  WHEREAS, the parties believe that discovery in this matter should be postponed pending the

27  outcome of the mediation;

28  WHEREAS, the parties agree that the current discovery deadlines would not provide sufficient

1  time for discovery pending the outcome of mediation, which will occur no later than October 31,

2  2008;

3  WHEREAS, the parties will make a good-faith attempt to resolve the case prior to the ADR

4  session with the mediator;

5  WHEREAS, the parties have not requested any prior extensions relating to case deadlines in this

6  action.

7        NOW, THEREFORE,

8        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Socorro Rios

9  and Defendant AT&T Umbrella Benefit Plan No. 1, through their respective attorneys of record,

10  that certain case deadlines be extended by approximately ten weeks, as follows:

11      1.    ADR session to be held by:    October 31, 2008
    2.    Completion of Fact Discovery:    December 19, 2008

12      3.    Disclosure of Identities and Reports of Expert
        Witnesses:    November 19, 2008

13      4.    Completion of Expert Discovery:    December 19, 2008

14

15  All other case deadlines shall remain unchanged.

16

17  Dated: July 25, 2008        SPRINGER-SULLIVAN & ROBERTS LLP

18

19        By:    /s/Michelle Roberts
      Michelle L. Roberts

20        *Attorneys for Plaintiff*

21  Dated: July 25, 2008        MILLER LAW GROUP

22

23        By:    /s/Katherine Kettler
      Katherine Kettler

24        *Attorneys for Defendant*

25  IT IS SO ORDERED.

26      8/4/08
Date: _____    _____

27        Claudia Wilken
      UNITED STATES DISTRICT JUDGE

28