1  Michele Ballard Miller (SBN 104198)
     *mbm@millerlawgroup.com*
2  Katherine L. Kettler (SBN 231586)
     *klk@millerlawgroup.com*
3  MILLER LAW GROUP
   A Professional Corporation
4  60 E. Sir Francis Drake Blvd., Ste. 302
   Larkspur, CA 94939
5  Tel. (415) 464-4300
   Fax (415) 464-4336
6
   Attorneys for Defendant
7  AT&T UMBRELLA BENEFIT
   PLAN NO. 1
8

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11

12 SOCORRO RIOS,                          Case No.: C 08-01000 CW
13            Plaintiff,
14 v.                                     **SECOND        STIPULATION        AND
                                          ~~[PROPOSED]~~ ORDER  EXTENDING  CASE
15                                        DEADLINES**
16 AT&T UMBRELLA BENEFIT PLAN NO. 1,      **[Civil L.R. 6-1]**
17
            Defendant.
18

19 WHEREAS, on August 4, 2008, the Court ordered an ADR session to be held by October

20 31, 2008;

21 WHEREAS, the parties have been engaged in good-faith negotiations in an effort to resolve

22 the case prior to the ADR session with the mediator;

23 WHEREAS the parties are seeking the assistance of the mediator to bridge the gap in their

24 settlement numbers in an effort to resolve the case prior to a formal ADR session;

25 WHEREAS, the parties now require an additional two weeks until November 14, 2008 to

26 complete the mediation due to an unanticipated scheduling conflict for Defendant;

27 WHEREAS, the parties believe that discovery in this matter should be postponed pending

28 the outcome of the mediation;

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1

1  WHEREAS, the parties agree that the current discovery deadlines would not provide

2  sufficient time for discovery pending the outcome of mediation, which will occur no later than

3  November 14, 2008;

4  WHEREAS, the parties have only requested one prior extension relating to case deadlines

5  in this action.

6           Now, therefore,

7           It is hereby stipulated and agreed BY AND BETWEEN PLAINTIFF Socorro

8  Rios and Defendant AT&T Umbrella Benefit Plan No. 1, through their respective attorneys of

9  record that certain case deadlines be extended by approximately two weeks, as follows:

10          1. ADR session to be held by November 14, 2008;

11          2. Completion of Fact Discovery by January 5, 2009;

12          3. Completion of Expert Discovery by January 5, 2009.

13  All other case deadlines shall remain unchanged.

14  Dated:  October 10, 2008                    MILLER LAW GROUP
                                                A Professional Corporation
15

16

17                                              By: __/s/_____
                                                     Katherine L. Kettler
18                                                   Attorneys for Defendant AT&T

19  Dated:  October 10, 2008                    SPRINGER-SULLIVAN & ROBERTS LLP

20

21                                              By: __/s/_____
                                                     Michelle L. Roberts
22                                                   Attorney for Plaintiff
                                                     Springer-Sullivan & Roberts LLP
23

24

25  IT IS SO ORDERED.
    Date:_____10/16/08____              /s/ Claudia Wilken
26                                              Claudia Wilken
                                                UNITED STATES DISTRICT JUDGE
27

28

**Stipulation and [Proposed] Order Extending Case Deadlines**
Case No. C 08-01000 CW

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA